UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CALVIN WALKER,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a USA TODAY and THE PROVIDENCE JOURNAL, TOM MOONEY, KATIE MULVANEY,<br><br>Defendants. | C.A. No. 1:25-cv-00146-MRD-RLA |

**PRESS DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SEVENTH AMENDED COMPLAINT**

Stephen M. Prignano (3649)
McIntyre Tate LLP
50 Park Row West, Suite 109
Providence, RI 02903
(401) 351-7700
Fax: (401) 331-6095
Email: SPrignano@McIntyreTate.com

Michael J. Grygiel (admitted *pro hac vice*)
Kelly L. McNamee (admitted *pro hac vice*)
Amanda S. Coleman (admitted *pro hac vice*)
Joshua A.L. Nacht (admitted *pro hac vice*)
Foley Hoag LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0400
mgrygiel@foleyhoag.com
kmcnamee@foleyhoag.com
acoleman@foleyhoag.com
jnacht@foleyhoag.com

*Counsel for Defendants Gannett Satellite Information Network LLC d/b/a USA TODAY and Katie Mulvaney*

Gannett Satellite Information Network, LLC d/b/a USA TODAY and Katie Mulvaney (collectively, "Press Defendants") respectfully submit this Memorandum of Law in opposition to Plaintiff Calvin Walker's Motion for Leave to File Seventh Amended Complaint ("Motion to Amend") pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

## I. PLAINTIFF'S PROPOSED AMENDMENT WOULD BE FUTILE

The Motion to Amend — the seventh of its kind seeking leave to recharacterize his larceny claim as "[m]isappropriation" premised on a "theory of wire fraud" — should be denied as futile because Plaintiff cannot state a misappropriation claim as a matter of law. *Cesario v. Bergquist*, 2006 U.S. Dist. LEXIS 10141, *13 (D.R.I. Mar. 10, 2006) (futility bar to amendment applies even under the liberal standard afforded *pro se* litigants). As caselaw cited in Plaintiff's own briefing makes clear, conclusory allegations that defendant owed plaintiff some undefined fiduciary duty — all that Plaintiff can muster here (ECF No. 45-1 at 20) — are insufficient to state such a claim. *United States v. Chastain*, 145 F.4th 282, 291-298 (2025) (holding that to be guilty of wire fraud under this theory, the defendant had to misappropriate "confidential business information [with] commercial value" that goes beyond "'merely the breach of a fiduciary duty'"). Even if a fiduciary relationship was enough, and it is not, no such relationship exists here as a matter of law. *See Fraioli v. Lemcke*, 328 F. Supp. 2d 250, 267 (D.R.I. 2004) (finding no fiduciary relationship where there was merely an "ordinary business transaction" via an insurance sale, not "the special relationship of trust and confidence" required for a fiduciary duty).

## CONCLUSION

For the reasons set forth herein, the Court should deny Plaintiff's Motion to Amend.

Dated: November 2, 2026

Respectfully submitted,
*/s/ Stephen M. Prignano*
Stephen M. Prignano (3649)
McIntyre Tate LLP
50 Park Row West, Suite 109
Providence, RI 02903
(401) 351-7700
Fax: (401) 331-6095
Email: SPrignano@McIntyreTate.com

Michael J. Grygiel (admitted *pro hac vice*)
Kelly L. McNamee (admitted *pro hac vice*)
Amanda S. Coleman (admitted *pro hac vice*)
Joshua A.L. Nacht (admitted *pro hac vice*)
Foley Hoag LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0400
mgrygiel@foleyhoag.com
kmcnamee@foleyhoag.com
acoleman@foleyhoag.com
jnacht@foleyhoag.com

*Counsel for Defendants Gannett Satellite Information Network (aka USA TODAY) and Katie Mulvaney*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November 2026, I caused a copy of the above document to be delivered by first class mail to:

Calvin R. Walker, Sr.
#70867
Medium Security – John J. Moran Facility
P.O. Box 8274
Cranston, RI 02920
PRO SE
LEGAL MAIL

Calvin R. Walker, Sr., Pro Se
Medium Security Facility
51 West Road
Cranston, RI 02920
LEGAL MAIL

*/s/ Stephen M. Prignano*
Stephen M. Prignano (3649)